# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kirsten Schadler, a/n/f and Personal Representative of her husband, Darin Schadler, an incapacitated Person,<br><br>   Plaintiffs,<br><br>v.<br><br>City of Bismarck and Bismarck Fire Department,<br><br>   Defendants. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br><br><br>Case No. 1:25-cv-098 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 13, 2026, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 28th day of July, 2025.

                */s/ Clare R. Hochhalter*
                Clare R. Hochhalter, Magistrate Judge
                United States District Court